UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| Petitioner, | ) | No.    08 C 3075 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| OPERATING ENGINEERS LOCAL 150 | ) | |
| APPRENTICESHIP FUND, | ) | |
| | ) | |
| Respondent. | ) | |

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| Petitioner, | ) | No.    08 C 3091 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| INTERNATIONAL UNION OF OPERATING | ) | |
| ENGINEERS LOCAL 150 | ) | |
| | ) | |
| Respondent. | ) | |

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that on **June 12, 2008 at 9:15 a.m.** at the opening of Court or

as soon thereafter as counsel may be heard, the undersigned will appear before Judge Gettleman in

the courtroom usually occupied by him in the Dirksen Federal Courthouse, 219 South Dearborn

Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and

then and there present MOTION OF THE UNITED STATES TO REASSIGN BASED ON

RELATEDNESS.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/Craig A. Oswald
     CRAIG A. OSWALD
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois  60604
     (312) 886-9080
     Craig.Oswald@usdoj.gov