UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor United States Department of Labor, | ) ) ) | |
| Petitioner, | ) ) | No. 08 C 3075 |
| v. | ) ) | |
| OPERATING ENGINEERS LOCAL 150 APPRENTICESHIP FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 150, | ) ) ) ) ) | Judge Cox |
| Respondents. | ) | |

**MOTION TO ENFORCE SUBPOENAS**

Elaine L. Chao, Secretary of Labor, pursuant to the authority granted by section 601 of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 521), moves for an order enforcing the subpoenas which are the subject of petitions consolidated in the above-captioned case. The petitioner has filed a brief in support of its motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Craig A. Oswald
    CRAIG A. OSWALD
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 886-9080
    craig.oswald@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

## MOTION TO ENFORCE SUBPOENAS

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on June 18, 2008, to the following non-ECF filers:

International Union of Operating Engineers
Local 150
6140 Joliet Road
Countryside, IL 60525
708-579-6663

Dale D. Pierson
General Counsel
International Union of Operating Engineers
Local 150
6140 Joliet Road
Countryside, IL 60525

Stephen J. Rosenblat
200 West Adams Street, Suite 2200
Chicago, IL 60606
312-236-4316

William Cook, Esq.
Wildman Harrold Allen & Dixon
225 W. Wacker Drive, Suite 3000
Chicago, Illinois 60606

      s\Craig A. Oswald
      CRAIG A. OSWALD
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 886-9080
      Craig.Oswald@usdoj.gov