UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor United States Department of Labor, | ) ) ) | |
| Petitioner, | ) ) | No.   08 C 3075 |
| v. | ) ) | Judge Cox |
| OPERATING ENGINEERS LOCAL 150 APPRENTICESHIP FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 150, | ) ) ) ) ) | |
| Respondents. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **June 24, 2008 at 9:30 a.m.** at the opening of Court or as soon thereafter as counsel may be heard, the undersigned will appear before JudgeCox in the courtroom usually occupied by her in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **MOTION TO ENFORCE SUBPOENAS** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Craig A. Oswald
    CRAIG A. OSWALD
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 886-9080
    Craig.Oswald@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

## NOTICE OF MOTION

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on June 18, 2008, to the following non-ECF filers:

International Union of Operating Engineers
Local 150
6140 Joliet Road
Countryside, IL 60525
708-579-6663

Dale D. Pierson
General Counsel
International Union of Operating Engineers
Local 150
6140 Joliet Road
Countryside, IL 60525

Stephen J. Rosenblat
200 West Adams Street, Suite 2200
Chicago, IL 60606
312-236-4316

William Cook, Esq.
Wildman Harrold Allen & Dixon
225 W. Wacker Drive, Suite 3000
Chicago, Illinois 60606

                                                s\Craig A. Oswald
                                                CRAIG A. OSWALD
                                                Assistant United States Attorney
                                                219 South Dearborn Street
                                                Chicago, Illinois 60604
                                                (312) 886-9080
                                                Craig.Oswald@usdoj.gov