# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ELAINE L. CHAO, Secretary of Labor United States Department of Labor | 08 C 3075 |
| v. | Judge Gettleman |
| OPERATING ENTINEERS LOCAL 150 APPRENTICESHIP FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS | Judge Cox |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
International Union of Operating Engineers Local 150

| | |
|---|---|
| NAME (Type or print) | |
| William J. Cook | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ William J. Cook | |
| FIRM | |
| Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS | |
| 225 West Wacker Drive | |
| CITY/STATE/ZIP | |
| Chciago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 509639 | 312-201-2399 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |