# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ELAINE L. CHAO, Secretary of Labor United States Department of Labor | 08 C 3075 |
| v. | Judge Gettleman |
| OPERATING ENTINEERS LOCAL 150 APPRENTICESHIP FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS | Judge Cox |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
International Union of Operating Engineers Local 150

| NAME (Type or print) |
|---|
| John J. Arado |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ John J. Arado |

| FIRM |
|---|
| Wildman, Harrold, Allen & Dixon LLP |

| STREET ADDRESS |
|---|
| 225 West Wacker Drive |

| CITY/STATE/ZIP |
|---|
| Chciago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 63266 | 312-201-2684 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com