## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3075 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Elaine L. Chao   vs   Operating Engineers Local 150 Apprenticeship Fund, etc. | | |

**DOCKET ENTRY TEXT:**

Enter order to show cause. Respondent is to appear before Magistrate Judge Cox on 6/22/2008, at 9:30 a.m.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|