UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor United States Department of Labor, ) ) ) Petitioner, ) ) v. ) ) OPERATING ENGINEERS LOCAL 150 ) APPRENTICESHIP FUND, INTERNATIONAL ) UNION OF OPERATING ENGINEERS ) LOCAL 150, ) ) Respondents. ) | No. 08 C 3075<br><br>Judge Gettleman<br><br>Judge Cox |

### ORDER TO SHOW CAUSE

Pursuant to the authority granted by section 601 of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 521), hereinafter referred to as the Act, petitioner having invoked the aid of this Court in requiring the appearance, production and delivery of documentary evidence by the respondents, Operating Engineers Local 150 Apprenticeship Fund and International Union of Operating Engineers Local 150 ("respondents"), as required by the administrative *subpoena duces tecum* issued on March 14, 2008, and April 4, 2008, by a duly authorized officer of the Secretary of Labor, in connection with an investigation to determine whether any person has violated or is about to violate any provision of the Act (except Title I or amendments made by the Act to other statutes).

And the court having considered the petitions and exhibits filed herein on the 28th day of May 2008, and sufficient cause appearing therefor, it is hereby

ORDERED that respondent appear and show cause, if any there be, before Magistrate Judge

Susan Cox, in courtroom 1342 of the Dirksen Federal Building at 219 South Dearborn, Chicago, Illinois, 60604, at 9:30 a.m. on the 22nd day of June, 2008, why this Court should not grant the relief prayed for by the petitioner as specified in petitioner's subpoenas served on the respondents on March 14 and April 4, 2008, and it is

FURTHER ORDERED that service of a copy of this Order to Show Cause, together with a copy of said petitions of petitioner and exhibits attached thereto, be made upon Respondents on or before the 18th day of June, 2008.

DATED: June 12, 2008

ROBERT W. GETTLEMAN
United States District Judge