# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Elaine L Chao

                                          Plaintiff,

v.    Case No.: 1:08−cv−03075

Honorable Robert W. Gettleman

Operating Engineers Local 150 Apprenticeship Fund

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

    MINUTE entry before the Honorable Susan E. Cox: Case called for motion hearing. Defendant Local 150 International Union of Operating Engineers to respond to Petitioner's Motion to enforce subpoenas [6] by 7/9/08. Operating Engineers Local 150 Apprenticeship Fund to reply by 7/16/08. Ruling to be made by mail. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.