UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor<br>United States Department of Labor,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>OPERATING ENGINEERS LOCAL 150<br>APPRENTICESHIP FUND, and the<br>INTERNATIONAL UNION OF OPERATING<br>ENGINEERS LOCAL 150,<br><br>　　　　　　　Respondents. | No. 08 C 3075<br><br>Judge Cox |

## ATTORNEY DESIGNATION

　　　Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By: s/Craig A. Oswald
　　　　　　　　　　　　　　　　　　　CRAIG A. OSWALD
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　(312) 886-9080
　　　　　　　　　　　　　　　　　　　craig.oswald@usdoj.gov